## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

MARIA ISABEL MARQUES SABATER       CASE No: 09-07434 (SEK)

    DEBTOR

MANUEL E. BENITEZ GONZALEZ

    MOVANT                 CHAPTER  : 7

    VS.

MARIA ISABEL MARQUES SABATER
INTERIM CHAPTER (7) TRUSTEE         INDEX   :
NOREEN WISCOVITCH RENTAS

    RESPONDENTS


### MOTION FOR RELIEF OF STAY UNDER 11 USC SECTION 362

**TO THE HONORABLE COURT:**

**Comes now** movant Manuel E. Benitez Gonzalez, party in interest and movant in this motion, and respectfully states and prays.

Movant requests this Honorable Court to relief the automatic stay in this case pursuant to Sections 362 (e) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001 (a) and Local Bankruptcy Rule 9014.

The facts to sustain movant's request are herein stated:

1. Debtor in the above captioned case filed a petition for bankruptcy on September 2, 2009 under Chapter 7 of the Bankruptcy Code, 11 USC sec. 701 et seq.

2. In the schedules filed by the debtor she listed a property located at Urb. Reparto Baldrich, Hato Rey, PR.   Debtor states in the schedules filed that said property was acquired by inheritance from her deceased father.

3. Movant has initiated a proceeding in the state court against the estate of Mr. Juan Marques Casasnovas, of which debtor is part, in order to determine the ownership of the property located at Urb. Reparto Baldrich, which the debtor listed as hers in the schedules.  Attached to this motion is copy of the complaint filed in the state court, First Instance Court, San Juan Part, case number KAC 10-0250.

4. As heir, and part of the estate of Mr. Juan Marques Casasnovas, debtor is an indispensable party to the proceedings in the state court.

5. If it is determined by the state court that the ownership of the property belongs to Mr. Manuel Benitez, movant in this motion, and to Ms. Maria Isabel Marques Sabater, it will be of benefit to the estate of debtor, since debtor will have a 50% ownership of the property instead of 1/5 participation in the property as inheritance.

6.     Movant requests that the stay be lifted or modified so as to include debtor as part of the estate of Mr. Juan Marques Casasnovas and to continue with the state proceedings.

7.     Ms. **Noreen Wiscovitch Rentas**, the Interim Chapter Seven Trustee, will be summoned in his official capacity.

**WHEREFORE,** Manuel E. Benitez Gonzalez prays to this Honorable Court to grant the relief from the automatic stay so as to permit movant to include debtor as an indispensable party and continue with the proceedings in the state court.

**CERTIFICATE OF SERVICE:**   I hereby certify that a true and correct copy of this Motion and all attachments hereto have been mailed to debtors **Maria Isabel Marques Sabater,** Calle Larrinaga 216 Urb. Baldrich, Hato Rey, PR 00918, to debtor's attorney **Ruben Gonzalez Marrero, Esq.,** Calle 39 UU 1 Urb. Santa Juanita, Bayamon, PR 00956, and to the Interim U.S. Chapter Seven (7) Trustee, **Noreen Wiscovitch Rentas, Esq.,** Po Box 20438, West Palm Beach, Fla. 33416, by certified mail, with return receipt.

In San Juan, Puerto Rico, this    day of  March 2010.

/s/ **Antonio I. Hernandez Rodriguez**
ANTONIO I. HERNANDEZ RODRIGUEZ
USDC-PR 116204
HERNANDEZ LAW OFFICE
PO BOX 8509
SAN JUAN, PR 00910-0509
TEL. 787-250-0575

Department of Defense Manpower Data Center                                    Mar-29-2010 12:45:58



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| MARQUES SABATER | MARIA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for

induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:PTRR26CBSG

KAC 10-0250

| | | |
|---|---|---|
| MANUEL E. BENITEZ GONZÁLEZ | * | CIVIL NUM: |
| | * | |
| DEMANDANTE | * | SOBRE: **903** |
| | * | |
| VS. | * | ACCIÓN CIVIL |
| | * | |
| MARIA ROSA SABATER ARTIQUES, por sí | * | |
| y como parte de la Sucesión de JUAN | * | |
| MARQUES CASASNOVAS t/c/c JUAN | * | |
| MARQUES CASASNOVAS y la Sucesión de | * | |
| JUAN MARQUES CASASNOVAS t/c/c JUAN | * | |
| MARQUEZ compuesta por sus hijos | * | |
| CATALINA MARÍA, JUAN, MARIA ROSA y | * | |
| JUAN DAMIAN, todos de apellidos MARQUES | * | |
| SABATER, así como a Fulano de Tal, | * | |
| heredero desconocido | * | |
| | * | |
| DEMANDADOS | * | |
| | * | |

2010 FEB 19 PM 2:32

* * * * * * * * * * * * * * * * * * * * * * * *

# D E M A N D A

AL HONORABLE TRIBUNAL:

COMPARECE la parte demandante, Sr. Manuel Enrique Benítez González, por conducto de la abogada que suscribe y ante este Honorable Tribunal muy respetuosamente alega, expone y solicita:

1. El demandante, Sr. Manuel E. Benítez González, es mayor de edad, propietario, soltero por divorcio y vecino del Cond. Taft Center, Apto. 4-B, Calle Taft, Santurce, Puerto Rico 00911.

2. Forman la parte demandada Doña María Rosa Sabater Artiques, quien estuvo casada y es la viuda de Don Juan Marqués Casasnovas t/c/c Juan Marquéz Casasnovas, así como parte codemandada parte de la Sucesión de este último. La última dirección conocida de la Sra. María Rosa Sabater Artiques es Cond. Hato Rey Plaza, Apto. 6-D, Avenida Piñero, Esq. Ave. Muñoz Rivera, Hato Rey, Puerto Rico 00918.

3. Los codemandados residen en las siguientes direcciones:

a. María Rosa Marqués Sabater
Calle San Tomás D-15
Urb. El Pilar
Río Piedras, Puerto Rico 00926

b. Antonio Juan Marqués Sabater
Calle 1D-17
Urb. Prado Alto
Guaynabo, Puerto Rico 00966

c. Juan Damián Marqués Sabater
Cond. Hato Rey Plaza
Apto. 6-D
Ave. Piñero, Esq. Muñoz Rivera
Hato Rey, Puerto Rico 00918

d. Catalina María Marqués Sabater
#5995 S.W. 103 Terrace
Miami, Florida
Estados Unidos de Norteamérica 33156

4. El demandante y su entonces esposa María Isabel Marqués Sabater firmaron un contrato de Opción de Compraventa el día 20 de enero de 1988 en la cual acordaron opcionar la propiedad sita en la calle Larrinaga # 216 de la Urbanización Baldrich en Hato Rey, Puerto Rico propiedad de la Sra. Aida Fernández de Garriti y el precio acordado fue de $95,000.00 (Exhibit 1).

5. Se acordó que los comparecientes pagarían el precio de compraventa de la siguiente manera:

a) La suma de $6,000.00 al momento de otorgarse el contrato que era el 20 de enero del 1998 el cual fue pagado con el cheque num. 1389 de la cuenta de *Capitol Engineering Corp.* por la cantidad de $6,000.00 (Exhibit 2). Los únicos accionistas de esta corporación eran el demandante y su entonces esposa, María Isabel Márquez Sabater.

b) La suma de $5,000.00 a ser pagada el día 20 de febrero de 1989 la cual fue pagada con el cheque no. 1583 de la cuenta de *Capitol Engineering Corp.* por la cantidad de $5,000.00 (Exhibit 3).

c) La suma de $4,000.00 el día 20 de marzo de 1989 la cual fue pagada el día 21 de marzo de 1989 mediante el cheque no. 1762 de la

cuenta de *Capitol Engineering Corp.* por la cantidad de $4,000.00 (Exhibit 4).

d) El cheque de $80,000.00 debía ser pagado por los esposos Benítez Marqués el día 20 de abril de 1989 y dicho contrato tenia una cláusula penal a los efectos que la vendedora podría retener los $15,000.00 pagados en el contrato de Opción de Compraventa si los compradores no cumplían con otorgar la escritura de compraventa y hacer el pago final de los $80,000.00 (Exhibit 1).

6. El 19 de abril de 1989, el Lcdo. José V. Martínez Espada le cursó comunicación al demandante, Sr. Manuel E. Benítez González y su entonces esposa la codemandada María Isabel Marqués Sabater, para apercibirles sobre el vencimiento de la opción el próximo día 20 de abril de 1989. (Exhibit 5)

7. Al adquirir dicha propiedad, por razón de naturaleza personal, se puso la misma a nombre de Juan Marqués Casasnovas y su esposa María Rosa Sabater Artiques, quienes eran a su vez padres de la entonces esposa, ahora coheredera María Isabel Marqués Sabater. Es decir, se usó como testaferros a Don Juan Marqués Casasnovas y a su esposa María Rosa Sabater Artiques.

8. Dicha propiedad fue adquirida por virtud de compraventa a la Sra. Aida Fernández Echevarria por el precio convenido de NOVENTA Y CINCO MIL DOLARES ($95,000.00).

9. La descripción registral de dicha propiedad es como sigue:

"DESCRIPCIÓN: URBANA: Solar #274 de la Manzana letra H del plano de la Urbanización Reparto Baldrich, radicado en el Barrio de Hato Rey, del término Municipal de Río Piedras, Puerto Rico, con una cabida de 469.35 metros cuadrados y con las siguientes medidas y colindancias: Por el NORTE:, en 14 metros con la Calle Los Rosales, por el SUR:, en igual medida con terrenos del Municipio de Río Piedras, por el ESTE:, en 33.35 metros con el solar #273 de la Urbanización, y por el OESTE:, en 33.70 metros con el solar #275 de la Urbanización.

En este solar existe una casa de hormigón reforzado de una sola planta, constando de sala-comedor, tres dormitorios, cocina, pantry y baño.

Separado del edificio y hacia el fondo izquierdo del solar, entrando, tiene su garaje y cuarto de servicio con servicio sanitario construido con bloques de hormigón."

Consta inscrita al Folio 138 del Tomo 275 de Río Piedras Norte, Finca 3,747, inscripción Quinta (5ta).

10.     La transacción de compraventa se llevó a cabo mediante Escritura número cuatro (4), otorgada el 20 de abril de 1989, en San Juan, Puerto Rico, ante el Notario Público Lcdo. José V. Martínez Espada.  (Exhibit 6)

11.     A la antes mencionada Escritura Número 4 de Compraventa, otorgada el 20 de abril de 1989, se hizo constar que el precio de venta era $95,000.00 de los cuales "La Vendedora confiesa haber recibido de los Compradores en este acto".

12.     A la fecha de esta transacción el finado Don Juan Marqués Casasnovas y su esposa residían en Utuado y el primero trabajaba como contable de la compañía de la cual la extinta sociedad legal de gananciales, ahora comunidad de bienes, eran codueños.

13.     Es de conocimiento de todos los codemandados que los verdaderos dueños y titulares de la propiedad sita en Calle Larriñaga #216, Urb. Baldrich, son el Sr. Manuel E. Benítez González y la co-heredera María Isabel Marqués Sabater, habiendo adquirido vigente matrimonio y bajo la sociedad legal de gananciales.

14.     Mediante escritura numero dieciséis (16) otorgada el treinta de enero de 1991 ante el notario Reinaldo J. Salas Soler Don Juan Marqués Casasnovas y Doña María Rosa Sabater Artiques otorgaron una hipoteca para garantizar pagare por la cantidad de $100,000.00 con dos pagares por la cantidad de $50,000.00 cada uno, a la presentación y al portador (Exhibit 7). Estos pagares fueron entregados por los otorgantes al demandante y su entonces esposa María Isabel Márquez Sabater.

15.     Posteriormente se sustituyó uno de los pagarés por razón de que se había extraviado según Sentencia de 11 de febrero de 2002, seguido ante el Tribunal de Primera Instancia, Sala de San Juan, Civil Número KCD99-0534.

16.	El 28 de junio de 1989, el Sr. Juan Marqués Casasnovas y María Rosa Sabater Artiques gestionaron el préstamo de $70,000.00 con *R-G Mortgage* del cual se les entregó $60,729.30 y el cual fue pagado en su totalidad por el demandante y su entonces esposa María Isabel Marqués Sabater y la sociedad legal de gananciales constituida por ellos.

17.	Mediante Escritura Número 656, otorgada el 22 de mayo de 1996, comparecieron Manuel E. Benítez González y su entonces esposa María Isabel Marqués Sabater, así como el Sr. Juan Marqués Casasnovas y su esposa María Rosa Sabater Artiques, ante el Notario Público Radamés Buerra González, para ratificar su consentimiento a la transacción efectuado mediante Escritura Número 1054 de Subordinación de Hipoteca, otorgada por Manuel E. Benítez González y María Isabel Marqués Sabater por los dos (2) pagarés de $50,000.00 cada uno. (Exhibit 8)

18.	No se trae al pleito a la ex-esposa del demandante María Isabel Marqués Sabater, quien forma parte de los herederos, pues al presente ésta ha radicado una petición de quiebra ante el Tribunal de Quiebras, Distrito de Puerto Rico, Capítulo 7, Caso Núm. 09-07434 SEK y cualquier reclamo contra esta queda paralizado *"stay"*.

20.	En los documentos radicados en la Petición de Quiebra, la co-heredera María Isabel Marqués Sabater, indujo a error al Tribunal de Quiebras poniendo al desglose de sus activos que solamente tenía una participación en la propiedad objeto de la presente demanda equivalente a una quinta (1/5) de la mitad (1/2) correspondiente al causante Sr. Juan Marqués Casasnovas t/c/c Juan Marquéz Casasnovas.

21.	Los legítimos y únicos titulares de la propiedad descrita a la alegación novena de esta demanda lo son el demandante, Sr. Manuel E. Benítez González y la codemandada María Isabel Marqués Sabater, habiendo sido adquirida vigente la sociedad legal de gananciales que constituyeron al casarse, ahora en comunidad de bienes post gananciales.

22.    El préstamo de *RG Mortgage* se pago por la extinta sociedad legal de gananciales compuesta por el demandante Sr. Manuel E. Benítez González y la codemandada María Isabel Marqués Sabater, a través de sus entidades corporativas y sociedad especial mediante entrega de cheque a nombre del causante Sr. Juan Marqués Casasnovas, por la cantidad de $600.00 mensuales.

23.    Posteriormente el demandante Sr. Manuel E. Benítez González y la codemandada María Isabel Marqués Sabater y la entonces sociedad legal de gananciales, solicitaron junto con el Sr. Roberto Benítez González y su entonces esposa Julia Isabel Hilera Cortada un préstamo comercial tipo línea de crédito con *RG Premier* por la cantidad de $300,000.00.

24.    Para garantizar el pago de dicho préstamo se entregó, entre otros pagarés, en calidad de prenda los dos (2) pagarés hipotecarios de $50,000.00 cada uno (suscrito por el Sr. Juan Marqués Casasnovas y la Sra. María Rosa Sabater Artiques) a favor del portador garantizados con segunda hipoteca sobre la propiedad objeto de la presente acción.

25.    El causante Juan Marqués Casasnovas siempre estuvo preocupado, solicitando se corrigiera la situación de esta propiedad y que se pusiera al Registro de la Propiedad a nombre de los verdaderos titulares que eran su hija María Isabel Marqués Sabater y su entonces esposo el demandante Sr. Manuel E. Benítez González.

POR TODO LO CUAL, se solicita muy respetuosamente de este Honorable Tribunal declare Con Lugar la presente demanda y ordene al Registrador de la Propiedad de San Juan, Sección II, inscriba el pleno dominio de la propiedad sita en la Calle Larriñaga #216, cuya descripción registral surge a la demanda a favor del demandante Manuel E. Benítez González y de la coheredera María Isabel Marqués Sabater habiendo adquirido vigente matrimonio  e imponga honorarios de abogado, costas y gastos a favor del demandante, así como cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO, en San Juan, Puerto Rico, a 8 de febrero de 2010.




**ISABEL L. RODRÍGUEZ BONET (7783)**
**COLEGIADA NÚMERO (9001)**
P.O. BOX 19917
SAN JUAN, PUERTO RICO 00910-1917
TELS: (787) 763-0263 / 6272
FAX: (787) 758-3387

EXHIBIT 1

CONTRATO DE OPCION DE
COMPRAVENTA

En la Ciudad de San Juan, Puerto Rico, a los veinte (20)

días del mes de Enero de 1988.

- - - - - - - - - - - - - - - - - - - - - - - - COMPARECEN - - - - - - - - - - - - - - - - - - - - - - - - - -

---DON MANUEL E. BENITEZ GONZALEZ Y DOÑA MARIA ISABEL MARQUES

SABATER, mayores de edad, casados entre sí, propietarios, y vecinos

de San Juan, Puerto Rico.

- - - - - - - - - - - - - - - - - - - - - - - EXPONEN - - - - - - - - - - - - - - - - - - - - - - - - - -

---UNO: Que los comparecientes por la presente acuerdan opcionar

la propiedad sita en la Calle Larrínaga #216, de la Urbanización

Baldrich, en Hato Rey, Puerto Rico, propiedad de la Sra. Aida

Fernández de Garrity.

---DOS: El precio de Compraventa acordado entre las partes es

la suma de NOVENTA Y CINCO MIL DOLARES ($95,000.00).

---TRES: Los comparecientes Manuel E. Benítez González y María

Isabel Marqués Sabater, pagarán el precio de Compraventa de la

siguiente manera:

a) La suma de $6,000.00 al momento de otorgarse el presente

contrato.

b) La suma de $5,000.00 el día 20 de febrero de 1989.

c) La suma de $4,000.00 el día 20 de marzo de 1989.

d) El balance de $80,000.00 será pagado por los esposos Benítez

Marqués el día 20 de abril de 1989.

---CUATRO: La suma de $15,000.00 a ser pagada por los comparecientes

con anterioridad a la fecha del otorgamiento de la Escritura de

Compraventa, la cual será otorgada el día 20 de abril de 1989, será

propiedad exclusiva de la Sra. Aida Fernández de Garrity, quien

retendrá dicha cantidad en caso de que los comparecientes no deseen

o no puedan por motivo alguno llevar a cabo dicha transacción.

---CINCO: Los gastos y honorarios de la Escritura de Compraventa

en su totalidad, correrán por cuenta de los comparecientes, es

decir de los Comparecientes y dicha escritura será otorgada ante

el Lic. José V. Martínez-Espada, la Lic. Martha F. Martínez-

Espada, o ante la Lic. María de Lourdes Fernández.

Contrato de Opción de Compraventa
(Continuación)  20 de enero de 1989
Casa Calle Larrínaga #216
Baldrich, Hato Rey, P.R.

SEIS:  Esta Opción de Compraventa está sujeta a las siguientes condiciones esenciales:

a)  La propiedad se está vendiendo en la condición en que se encuentra actualmente, es decir, "as is".  Los comparecientes hacen constar que han inspeccionado la misma.

b)  El incumplimiento de cualquiera de las cláusulas contenidas en este Contrato, dará lugar a que la vendedora dé por terminado el mismo y retenga las cantidades de dinero que se le hayan entregado, cuya retención no impedirá que la vendedora pueda llevar cualquier acción civil en los Tribunales del Estado Libre Asociado de Puerto Rico, como resarcimiento por los daños que surjan de dicho incumpli-. miento.

SIETE:  Las cantidades abonadas con anterioridad al otorga- miento de la Escritura de Compraventa, serán aplicadas al precio total de $95,000.00.

OCHO:  Por la presente la Vendedora se compromete a no vender la propiedad objeto del presente contrato dentro del término de 90 días a persona o entidad alguna, a partir de la fecha de hoy.

NUEVE:  El Sr. José V. Martínez Espada, mayor de edad, casado, abogado y vecino de Carolina, Puerto Rico, comparece en representa- ción de doña Aida Fernández de Garrity, mayor de edad, propietaria y procedente de Atlanta, Georgia, acreditando éste que tiene todas las facultades y autorización para comparecer en este acto como represen- tante legal.

DIEZ:  El compareciente Manuel E. Benítez González podrá exigir el cumplimiento específico de la presente opción de compraventa, some- tiéndose las partes a la jurisdicción  del Tribunal Superior de San Juan.

ONCE:  Manifiesta . . . . José V. Martínez Espada que la pro- piedad objeto de este contrato se encuentra libre de gravámenes. En caso de que hubiera contribuciones de la propiedad, corres- ponderían por cuenta de la vendedora hasta el día de la firma de este contrato.

DOCE: El Lcdo. José V. Martínez Espada autoriza a los compare-
cientes a entrar en acceso de la propiedad, realizarle las mejoras
que fueren necesarias, quedando éstas para beneficio de la vendedora,
en caso de incumplimiento de parte del comprador.

En San Juan, Puerto Rico, a 20 de enero de 1989.

_____
MANUEL E. BENITEZ GONZALEZ
S. S. #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

_____
MARIA ISABEL MARQUES SABATER
S. S. #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

_____
LCDO. JOSE V. MARTINEZ ESPADA
S.S. #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

AFIDAVIT NUMERO:   2846

Suscrito y reconocido ante mí por Manuel E. Benítez González,
María Isabel Marqués Sabater y José V. Martínez Espada, de las cir-
cunstancias personales antes expresadas y a quienes DOY FE de conocer
personalmente en San Juan, Puerto Rico, a 20 de enero de 1989.

_____
NOTARIO PUBLICO

EXHIBIT 2

CAPITOL ENGINEERING CORPORATION
GENERAL CONTRACTORS
(809) 766-0534
PO BOX 6701 LOIZA STATION
SANTURCE, PUERTO RICO 00914

NO 1389

101-272
215

20 de enero de 89

MARTINEZ ESPADA & MARTINEZ ESPADA                    9,000.00

—Seis mil con ———————————————————————————00/100

BC BANCO CENTRAL corp.
Sucursal de Ponce
Ponce, Puerto Rico 00731

COPY NOT NEGOTIABLE

⑆021502723⑆  012⑈40707⑈8⑉

CAPITOL ENGINEERING CORPORATION   GENERAL CONTRACTORS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 20-1-89 | Opción de compraventa casa localizada en Calle Larrínaga #215, Urbanización Baldrich, Hato Rey, Puerto Rico. | $6,000.00 |

EXHIBIT 3

**CAPITOL ENGINEERING CORPORATION**
GENERAL CONTRACTORS
(809) 766-0534
PO BOX 6701 LOIZA STATION
SANTURCE, PUERTO RICO   00914

NO   1583

$\frac{101\text{-}272}{215}$

20 de febrero de  89

MARTINEZ ESPADA Y MARTINEZ ESPADA

5,000.00

The Sum 5000 and 00 cts

**BANCO CENTRAL** corp.
Sucursal de Ponce
Ponce, Puerto Rico 00731

COPY NOT NEGOTIABLE

⑆021502723⑆   012⑈40707⑈8⑉

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 2-20-89 | Segundo pago de opción de compraventa casa localizada en Calle Larrínaga #216, Urb. Baldrich, Hato Rey, P.R | $5,000.00 |

CAPITOL ENGINEERING CORPORATION     GENERAL CONTRACTORS

EXHIBIT 4

**CAPITOL ENGINEERING CORPORATION**
GENERAL CONTRACTORS
(809) 766-0634
PO BOX 6701 LOIZA STATION
SANTURCE, PR 00914

Nº 1762

101-272
216

21 de marzo de 89

LCDO. JOSE V. MARTINEZ ESPADA

4,000.00

THE SUM 4000 AND 00 CTS

COPY NOT NEGOTIABLE

(BC) BANCO CENTRAL CORP.
Sucursal de Ponce
Ponce, Puerto Rico 00731

⑆021502723⑈ 012⑂40707⑈8⑈

CAPITOL ENGINEERING CORPORATION GENERAL CONTRACTORS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3-21-89 | Tercer pago de opción de compraventa de casa localizada en Calle Larrínaga #216, Urb. Baldrich, Hato Rey, P.R. | $ 4,000.00 |

MARTINEZ ESPADA & MARTINEZ ESPADA
ABOGADOS-NOTARIOS
ATTORNEYS AT LAW
P.O. Box 1541
Hato Rey, Puerto Rico 00919

**EXHIBIT** 5

José V. Martínez Espada
Martha F. Martínez Espada

P.O. Box 1541
Hato Rey, P.R. 00919
Tel. 728-7783

19 de Abril de 1989

**Entregada a la Mano**

Ingeniero Manuel E. Benítez González
y Señora María Isabel Marqués Sabater
Calle Independencia #571,
Urbanización Baldrich,
Hato Rey, Puerto Rico

RE: Venta de la Casa Sita en la
Calle Larrínaga #216,
Urbanización Baldrich,
Hato Rey, Puerto Rico

Estimado Ingeniero Benítez:

En representación de mi cliente, la Señora Aida
Fernández Echevarría, por la presente le confirmo nuestra
conversación telefónica del día de hoy, mediante la cual
acordamos que el pago de los $80,000.00 de la Compraventa,
será efectuado mediante cheque certificado o de Gerente,
a nombre de la Señora Aida Fernández Echevarría el día
20 de Abril del corriente.

Asímismo, deberá entregar un cheque certificado o de
gerente, por la suma de $1,501.00 a nombre del suscribiente,
para cubrir los gastos y honorarios de la Escritura de
Compraventa.

Cordialmente,

José V. Martínez-Espada

JVME/lr

EXHIBIT 6

# OFICINA DE LA DIRECTORA

## DE

## INSPECCION DE NOTARIAS

TRIBUNAL SUPREMO

ARCHIVO NOTARIAL
DE
SAN JUAN, PUERTO RICO



# COPIA CERTIFICADA

COPIA DE LA ESCRITURA

Núm. _____4_____

Sobre: _____COMPRAVENTA_____

Otorgada ante el notario _____JOSE V. MARTINEZ ESPADA_____

el día __20__ de _____abril_____ de __1989__

--El mismo día de su
otorgamiento expedí pri-
mera copia certificada a
solicitud de _____

DOY FE.-------

*Jose V. Martinez Espada*
Notario Público

*R. m. b*

*F.F.R.*

---------------------NUMERO CUATRO--------------------

-----------------COMPRAVENTA-------------------

---En la Ciudad de San Juan, Puerto Rico, a los-----

veinte ─ ─ ─ ─ ─ ─ ─ ─ ─días del mes de--

Abril de Mil Novecientos Ochenta y Nueve (1989).----

---------------------ANTE MI-------------------------

----------------JOSE V.MARTINEZ-ESPADA--------------

---Abogado y Notario Público de esta Isla de Puerto-

Rico, con oficina en la Ciudad de San Juan, Puerto--

Rico, y residencia en la Ciudad de Carolina, Puerto-

Rico.------------------------------------------------

---------------------COMPARECEN----------------------

---DE UNA PARTE:-  DON FRANCISCO FERNANDEZ ROSA,----

mayor de edad, casado, propietario y vecino de------

Carolina, Puerto Rico, cuyo número de seguro social-

es ▓▓▓▓ ▓▓▓▓▓ ▓▓▓, ▓▓▓▓▓▓▓▓, cincuen-

ta y seis cero tres (▓▓▓▓5603), en representa----

ción de DOÑA AIDA FERNANDEZ ECHEVARRIA, cuyo número-

de seguro social es ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓,-------

▓▓▓▓▓▓▓▓▓ setenta y ocho setenta y ocho-------

(▓▓▓▓▓7878), quien es actualmente mayor de edad,--

soltera por viudez, propietaria y vecina de la------

Ciudad de Atlanta, Estado de Georgia, Estados-------

Unidos de América, quien otorgó poder a favor del---

compareciente DON FRANCISCO FERNANDEZ ROSA, el-----

día veintisiete (27) de Febrero de Mil Novecientos--

Ochenta y Nueve (1989) ante el Notario Público------

Ruby Mc Fadden, autenticada la firma de dicho-------

Notario, el día veintisiete (27) de Febrero de------

Mil Novecientos Ochenta y Nueve (1989) por Juanita-

H. Whelchel, en su carácter de "Deputy Clerk" de----

la Corte Superior del "County Of Dekalb", Estado

otorgada en la Ciudad de San Juan, Puerto Rico, el-

día Veintinueve (29) de Marzo de Mil Novecientos---

Ochenta y Nueve (1989), de Protocolización de Poder.

---Dicha Escritura de Protocolización de Poder fue--

notificada al Tribunal Supremo de Puerto Rico, y----

aparece inscrita en el Registro de Poderes bajo el--

número cinco siete nueve guión ciento treinta y----

ocho (579-138), al folio ciento treinta y ocho-----

(138) del tomo quinientos setenta y nueve (579),----

en San Juan, Puerto Rico, el día cinco (5) de-------

Abril de Mil Novecientos Ochenta y Nueve (1989), a-

las tres y cuarenta y cuatro de la tarde (3:44P.M.),

certificado por el Director de Inspección de--------

Notarías y firmado por la Oficial Autorizado,------

Zaida Torres Maymí.---------------------------------

---El compareciente de esta parte, será denominado-

de ahora en adelante como "La Vendedora".-----------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

--------------------------------------------------------

Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

---DE LA SEGUNDA PARTE: DON JUAN MARQUES----------

CASASNOVAS, Número de Seguro Social ███████------

██████ █████ █████ ████ Cero Siete--------

Dieciocho (███-0718) y DOÑA MARIA ROSA SABATER---

ARTIGUES, Número de Seguro Social, ███████------

██████ █████ █████ ████████, Cero----

Seis Setenta y Ocho (███-0678), quienes son------

mayores de edad, casados entre sí, propietarios y---

vecinos de Utuado, Puerto Rico, de ahora en-------

adelante denominados como "Los Compradores".-------

----------------------DOY FE----------------------

---De conocer personalmente a los comparecientes,--

y por sus dichos, de sus circunstancias personales.

---Me aseguran tener, y a mi juicio tienen, la-----

capacidad legal necesaria para este otorgamiento,--

y en tal virtud libremente:------------------------

------------------------EXPONEN--------------------

---PRIMERO: Que la Vendedora es dueña en pleno-----

dominio del inmueble que se describe a continua----

ción:----------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

----------------------------------------------------

Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

-----"URBANA: Solar Número Doscientos setenta y----
cuatro de la manzana letra H del plano de la--------
Urbanización Reparto Baldrich, radicado en el barrio
de Hato Rey, del término municipal de Río Piedras,--
Puerto Rico, con una cabida de CUATROCIENTOS-------
SESENTA Y NUEVE METROS CON TREINTA Y CINCO-CENTIME--
TROS CUADRADOS y con las siguientes medidas y-------
colindancias: por el NORTE, en catorce metros con-la
Calle Los Rosales; por el SUR, en igual medida---
con terrenos del Municipio de Río Piedras; por el---
ESTE, en treinta y tres metros treinta y cinco------
centímetros con el solar número doscientos setenta y
tres de la Urbanización; y por el OESTE, en treinta-
y tres metros setenta centímetros con el solar------
número doscientos setenta y cinco de la------------
Urbanización".--------------------------------------

---En este solar existe una casa de hormigón refor-
zado de una sola planta, constando de sala-comedor,
tres dormitorios, cocina, pantry y baño.------------

---Separado del edificio y hacia el fondo izquierdo-
del solar, entrando, tiene su garage y cuarto de----
servicio con servicio sanitario construido con------
bloques de hormigón.--------------------------------

---Inscrita al folio ciento treinta y cinco (135)---
vuelto del tomo doscientos setenta y cinco (275),---
de Río Piedras, finca número tres mil setecientos---
cuarenta y siete (3,747), inscripción tercera.------

---La propiedad descrita anteriormente, se encuentra
libre de cargas y gravámenes.-----------------------

---QUINTA:  Los Compradores hacen constar que la---
propiedad objeto de la presente Compraventa ha sido-
debidamente inspeccionada por ellos y que aceptan----
dicha propiedad en la condición en que se encuentra---
actualmente y renuncian a cualquier reclamación----
posterior en relación a la condición física en------
que se encuentra dicha propiedad.-------------------

---Cualquier reparación que haya que hacerle a-----
dicha propiedad correrá por cuenta exclusiva de-----
Los Compradores.------------------------------------

---SEXTA:  La Vendedora hace constar que las--------
Contribuciones Territoriales han sido pagadas-------
hasta la fecha del presente otorgamiento, y entrega
el recibo de pago de contribución correspondiente--
a Los Compradores en este acto.----------------------

Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

---ACLARACION: La Vendedora, DOÑA AIDA FERNANDEZ-
ECHEVARRIA, adquirió la propiedad descrita en la---
presente Escritura mediante compra, siendo soltera.-
Dicha propiedad es un bien de carácter privativo de-
la SEÑORA AIDA FERNANDEZ ECHEVARRIA.---------------

Lcda. Carmen H. Carlos
Directora
cina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

---SEGUNDO: La Vendedora adquirió el anteriormente
descrito inmueble mediante la Escritura Número-----
Dieciseis (16), otorgada en la Ciudad de San------
Juan, Puerto Rico, el día dos (2) de Julio de------
Mil Novecientos Cincuenta y Cuatro (1954) ante el--
Notario Público, José M. Valentín Esteves.--------

---TERCERO: Que teniendo convenida los comparecien-
tes, la Compraventa del anteriormente descrito-----
inmueble, lo llevan a cabo por la presente,--------
sujeto a las siguientes:---------------------------

--------------------CLAUSULAS Y CONDICIONES--------

---PRIMERA: La Vendedora vende, cede y traspasa---
a los Compradores, el inmueble descrito en el hecho--
primero de esta escritura, con todos sus anexos,--
usos y servidumbres, sin limitación alguna.--------

---SEGUNDA: Se realiza esta Compraventa por el----
convenido y ajustado precio de NOVENTA Y CINCO-----
MIL DOLARES ($95,000.00), los cuales La Vendedora--
confiesa haber recibido de los Compradores en este-
acto.---------------------------------------------

---TERCERA: Los Compradores entran en inmediata--
posesión del inmueble que por este medio adquieren,
sin más requisitos y formalidades que el presente---
otorgamiento, comprometiéndose La Vendedora al-----
saneamiento en caso de evicción conforme a derecho.-

---CUARTA: La Vendedora le otorga a Los Compradores,
la más formal y eficaz carta de pago y recibo en---
forma.--------------------------------------------

-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauza
Director Auxiliar
Oficina de Inspección de Notarías

```
------------------ACEPTACION------------------
---Los comparecientes aceptan esta escritura en los-
términos en que está redactada, por ser conforme a-
sus instrucciones.------------------------------
---YO, el Notario, hice a los otorgantes las------
advertencias legales pertinentes.----------------
---LEIDA esta escritura por mí, el Notario, a los---
otorgantes, por haber estos renunciado a su derecho
de leerla por sí mismos, derecho del cual les------
advertí, la encuentran conforme y así lo dicen y---
otorgan ante mí.---------------------------------
---Los otorgantes proceden a firmarla sin solicitar-
la intervención de testigos, de todo lo cual, así-
como de haber los otorgantes estampado sus iniciales
en todos y cada uno de los folios de que consta esta
escritura, Yo, el Notario, DOY FE.----------------
```



Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

Hay los correspondientes Sellos de Rentas Internas y del
Colegio de Abogados cancelados en la escritura original.





CERTIFICO que corresponde idéntico con su original que consta
de __8__ folios obrante en el protocolo de instrumentos públicos del año
1989 del notario José V. Martínez Espada cuyo protocolo se
encuentra bajo mi custodia en el Archivo Notarial de San Juan, Puerto
Rico, por virtud de la Ley Núm. 75 del 2 de julio de 1987. En fe de ello y a
petición de Sra. María Sabater Artigues quien es parte con in-
terés legítimo, expido la presente __segunda__ copia que firmo,
en San Juan, Puerto Rico, hoy __25__ de __agosto__ de __2004__

Lcda. Carmen H. Carlos
Directora
Oficina de Inspección de Notarías

TRIBUNAL SUPREMO

Lcdo. Edgardo Ortiz Bauzá
Director Auxiliar
Oficina de Inspección de Notarías

Nb. Baldrich





Nb. Baldrich

Registro de la Propiedad
Secc. II - San Juan
Asiento 261
Diario 877
Hora 1:50
Fecha 9 de julio de 1991

J. m. b.
M. R. S. A.

EXHIBIT 7

------------------NUMERO DIECISEIS------------------

---------HIPOTECA PARA GARANTIZAR PAGARE---------

---En la Ciudad de San Juan, Puerto Rico, a los---
treinta (30) días del mes de enero de mil
novecientos noventa y uno (1991).------------------

--------------------ANTE MI--------------------

---REYNALDO J. SALAS SOLER, Abogado y Notario
Público con residencia en Carolina, Puerto Rico y
estudio abierto en Río Piedras, San Juan, Puerto
Rico.--------------------------------------------

--------------------COMPARECEN--------------------

---DE UNA SOLA PARTE: DON JUAN MARQUES CASASNOVAS
(Seguro Social ████-0718) y DOÑA MARIA ROSA
SABATER ARTIGUES (Seguro Social ████-0678),
mayores de edad, casados entre sí, propietarios y
vecinos de Utuado, Puerto Rico.-------------------

---DOY FE de conocer personalmente a los
comparecientes y por sus dichos la doy de sus
circunstancias personales. Me aseguran tener y a
mi juicio tienen, la capacidad legal necesaria
para llevar a cabo este otorgamiento y en tal
virtud libremente:------------------------------

--------------------EXPONEN--------------------

---PRIMERO: Los comparecientes son dueños en
pleno dominio de la finca que se describe a
continuación:-----------------------------------

---"URBANA: Solar Número Doscientos setent ay
cuatro de la manzana letra H del plano de la
Urbanización Reparto Baldrich, radicado en el
barrio de Hato Rey, del término municipal de Río
Piedras, Puerto Rico, con una cabida de
CUATROCIENTOS SESENTA Y NUEVE METROS CON TREINTA Y
CINCO CENTIMETROS CUADRADOS y con las siguientes
medidas y colindancias: por el NORTE, en catorce
metros con la Calle Los Rosales; por el SUR en
igual medida con terrenos del Municipio de Río
Piedras; por el ESTE, en treinta y tres metros
treinta y cinco centimetros con el solar número
dosdientos setent y tres de la Urbanización; y por

1c de $350. A 1840093
1c de $10. A 1840076

2

el OESTE, en treinta y tres metros setenta centimetros con el solar número doscientos setenta y cinco de la Urbanización.------------

---En este solar existe una casa de hormigón reforzado de una sola planta, constando de sala-comedor, tres dormitorios, cocina, pantry y baño.- ---Separado del edificio y hacia el fondo izquierdo del solar, entrando, tiene su garage y cuarto de servicio con servicio sanitario construido con bloques de hormigón."--------------

---Inscrita al folio ciento treinta y cinco (135)

vuelto del tomo doscientos setenta y cinco (275)

de Río Piedras, finca número tres mil setecientos

cuarenta y siete (3,747).------------------------

---Se encuentra libre de cargas y gravámenes.-----

---SEGUNDO: Manifiestan los comparecientes que en

esta misma fecha han expedido dos pagarés de

caracter hipotecario los cuales se copian----------

literalmene a continuación:-----------------------

---------------PAGARE HIPOTECARIO----------------

POR: $50,000.00---VENCIMIENTO: A LA PRESENTACION

---POR VALOR RECIBIDO, pagaremos solidariamente al PORTADOR, o a su orden, y a su presentación, la suma principal de CINCUENTA MIL DOLARES----------- ($50,000.00) en moneda legal de los Estados Unidos de América.-----------------------------------------

---Esta obligación devengará intereses al tipo del diez por ciento (10%) anual, tanto antes como después de su vencimiento, pagaderos por mensualidades vencidas.--------------------------

---El importe de esta obligación, sus intereses hasta su total pago, una suma líquida equivalente al diez por ciento (10%) del principal que se fija para costas y honorarios de abogado en caso de ejecución judicial, así como la suma equivalente al diez por ciento (10%) del principal que se fija para agregar los intereses en adición a aquellos garantizados por ley en perjuicio de terceros, está garantizado con hipoteca constituida mediante la escritura número 16 otorgada en esta misma fecha ante el Notario Reynaldo J. Salas Soler.-------------------------

---En San Juan, Puerto Rico, a 30 de enero de 1991. FDO.: Juan Marqués Casasnovas, María Rosa Sabater Marqués.--------------------------------------------

AFIDAVIT NUM. 8119----------------------------

---Reconocido y suscrito ante mí por Juan Marqués Casasnovas y María Rosa Sabater, mayores de edad,



casados entre sí, propietarios y vecinos de Utuado, Puerto Rico, a quienes DOY FE de conocer personalmente, en San Juan, Puerto Rico

(Firmado) REYNALDO J. SALAS SOLER, Notario Público." (Aparece el Sello del Notario estampado.).------------------------------

---Yo, el Notario certifico que lo que aparece entre comillas es una copia fiel y exacta del original de dicho pagaré.------------------------

--------------PAGARE HIPOTECARIO--------------

POR: $50,000.00---VENCIMIENTO: A LA PRESENTACION

---POR VALOR RECIBIDO, pagaremos solidariamente al PORTADOR, o a su orden, y a su presentación, la suma principal de CINCUENTA MIL DOLARES----------($50,000.00) en moneda legal de los Estados Unidos de América.----------------------------------

---Esta obligación devengará intereses al tipo del diez por ciento (10%) anual, tanto antes como después de su vencimiento, pagaderos por mensualidades vencidas.------------------------

---El importe de esta obligación, sus intereses hasta su total pago, una suma líquida equivalente al diez por ciento (10%) del principal que se fija para costas y honorarios de abogado en caso de ejecución judicial, así como la suma equivalente al diez por ciento (10%) del principal que se fija para agregar los intereses en adición a aquellos garantizados por ley en perjuicio de terceros, está garantizado con hipoteca constituida mediante la escritura número 16 , otorgada en esta misma fecha ante el Notario Reynaldo J. Salas Soler.----------------------

---En San Juan, Puerto Rico, a 30 de enero de 1991

Fdo. Juan Marqués Casasnovas, María Rosa Sabater Artigues.----------------------------------------

AFFIDAVIT NUM. 8120 --------------------------

---Reconocido y suscrito ante mí por Juan Marqués Casasnovas y María Rosa Sabater Artigues, mayores de edad, casados entre sí, propietarios y vecinos de Utuado, Puerto Rico, a quienes DOY FE de conocer personalmente, en San Juan, Puerto Rico a 30 de enero de 1991.------------------------

(Firmado) REYNALDO J. SALAS SOLER, Notario Público." (Aparece el Sello del Notario estampado.).------------------------------

---Yo, el Notario certifico que lo que aparece entre comillas es una copia fiel y exacta del original de dicho pagaré.------------------------

----TERCERO: Para garantizar el pago de las sumas evidenciadas por los pagarés antes mencionados, los comparecientes constituyen hipoteca sobre la finca descrita en la cláusula Primera de esta escritura, así como cualquier mejora que en la actualidad exista o que se construya en dicha finca en el futuro mientras se encuentre en vigor esta hipoteca.------------------------------------

----El inmueble descrito en la cláusula Primera de esta escritura queda tasado, a los efectos de la primera subasta en caso de ejecución de la hipoteca por la vía sumaria, en la cantidad de CIEN MIL DOLARES ($100,000.00).-------------------

----SEXTO: Los comparecientes aceptan esta escritura en todas sus partes, por ser fiel exponente de sus instrucciones, habiéndoles hecho yo, el Notario, las advertencias legales pertinentes.------------------------------------

----LEIDA por los comparecientes la presente escritura, se ratifican en su contenido, suscriben sus iniciales en cada uno de los folios del original de este documento y firman ante mí, el Notario, que de todo cuanto se dice y refiere en el presente Instrumento Público yo, el Notario, DOY FE.------------------------------------

FIRMADO: JUAN MARQUES CASASNOVAS, MARIA ROSA SABATER ARTIGUES.------------------------------------

FIRMADO, SIGNADO, SELLADO Y RUBRICADO: REYNALDO J. SALAS SOLER------------------------------------

Concuerda bien y fielmente con el original de su contenido obrante en mi protocolo de Instrumentos Públicos del año en curso y al cual me remito y la que consta de cuatro (4) folios. En fe de ello y a petición de Juan Marques Casasnovas, expido esta primera certificada hoy día de su otorgamiento y aparecen cancelados los correspondientes sellos de Rentas Internas y el Impuesto Notarial juntamente con el de la Notaría. DOY FE.

NOTARIO PUBLICO







Inscrito:
F=10.1
T-1263
Fca-3347
I-7ma

Afecta a:
1-Condiciones restrictivas
sobre edificacion.
2-Hipoteca por $70.000
a favor de R+G Mortgage
3-Hipoteca constituida
por esta escritura.

$360.50
N°1 N°2
Arancel

Registrador





---NUMERO:   SEISCIENTOS CINCUENTA Y SEIS  (656) ---

---ESCRITURA ACLARATORIA---

---En San Juan, Puerto Rico hoy veintidós (22) de mayo de mil

novecientos noventa y seis  (1996)---

---ANTE MI---

---RADAMES BECERRA GONZALEZ, Abogado y Notario Público de ---

esta Isla de Puerto Rico, con residencia, vecindad y estudio

abierto en la ciudad de San Juan.---

---COMPARECEN---

---DE UNA PARTE:  MANUEL ENRIQUE BENITEZ GONZALEZ, seguro ---

social ▓▓▓▓-9273 y su esposa MARIA ISABEL MARQUEZ SABATER,-

seguro social ▓▓▓▓-7563, mayores de edad, propietarios y --

vecinos de Utuado, Puerto Rico,---

---DE OTRA PARTE:  JUAN MARQUES CASASNOVAS (también conocido -

con el apellido Marquez), seguro social ▓▓▓▓-0718 y su ---

esposa MARIA ROSA SABATER ARTIGUES, seguro social ▓▓▓▓-0678

mayores de edad, propietarios y vecinos de Hato Rey, Puerto -

Rico,---

---Y DE OTRA PARTE:  R & G MORTGAGE CORPORATION, seguro socia

patronal ▓▓▓▓-1912, una corporación organizada y existente

bajo las leyes de Puerto Rico, representada en este acto por

GUSTAVO MEDINA CORDERO, seguro social ▓▓▓▓-7658, mayor de -

edad, casado, ejecutivo y vecino de Bayamón, Puerto Rico.---

---DOY FE de conocer personalmente a los aquí comparecientes

y por sus dichos y mi creencia me constan sus demás circuns

tancias personales. Me aseguran tener y a mi juicio tienen

la capacidad legal necesaria para el presente otorgamiento y

en tal virtud libremente ---

---EXPONEN---

---PRIMERO:  Que los comparecientes Juan Marques Casasnovas

y su esposa María Rosa Sabater Artigues son dueños en pleno

dominio de la siguiente propiedad:

---"URBANA:  Solar número doscientos setenta y cuatro de la

manzana H del plano de la Urbanización Reparto Baldrich, ra

dicado en el Barrio Hato Rey, Municipio de San Juan, con una



cabida de cuatrocientos sesenta y nueve punto treinta y cinco (469.35) metros cuadrados, con las siguientes medidas y colin dancias; por el Norte, en catorce metros con la Calle Los ---- Rosales; por el Sur, en igual medida con terrenos del Muni -- cipio de Río Piedras (San Juan); por el Este, en treintitres- punto treinta y cinco metros con el solar doscientos --------- setentitres de la urbanización y por el Oeste, en treinta y- tres punto setenta metros con el solar doscientos setenta y - cinco de la urbanización." Enclava una casa. -----------------

---Consta inscrita al folio ciento treinta y ocho, del tomo - doscientos setenta y cinco de Río Piedras Norte, finca tres - mil setecientos cuarentisiete, Sección Segunda de San Juan.---

---SEGUNDO: Que Manuel Enrique Benítez González y su esposa- María Isabel Marques Sabater comparecen en su carácter de ---- tenedores de los dos pagarés por la suma total de Cien Mil - Dólares, según consta de la escritura de Subordinación de ----- Hipoteca número mil cincuenta y cuatro (1054), otorgada en --- San Juan, Puerto Rico el dos de agosto de mil novecientos --- noventa y tres ante al aquí fedatario. --------------------

---TERCERO: Que así mismo se ratifica la comparecencia de -- los esposos dueños de la propiedad, Juan Marquez Casasnovas y María Rosa Sabater Artigues, en la citada escritura mil ---- cincuenticuatro. ------------------------------------------

---CUARTO: Que la comparecencia actual de R & G Mortgage ---- Corporation es a los efectos de consentir a la transacción -- efectuada mediante la escritura mil cincuenta y cuatro, antes mencionada. ------------------------------------------------

------ACEPTACION, LECTURA Y OTORGAMIENTO---------------------

---Los comparecientes aceptan el presente documento en todas- sus partes por ser fiel exponente de sus instrucciones;------ habiéndoles hecho yo, el Notario, las advertencias legales - pertinentes, incluyendo el haberles indicado el derecho a que concurrieran testigos a su requerimiento en el otorgamiento - de la presente escritura, a lo que renunciaron.-------------

---Así lo dicen y otorgan ante mí los comparecientes, quienes luego de haber leído la presente escritura, manifiestan que - dar bien enterados de su contenido y se ratifican en la misma procediendo entonces a estampar sus iniciales en todos y cada



3. uno de los folios de ésta y su firma al final del documento——
ante mí, el Notario Autorizante. ————————————————————
———DE TODO LO CUAL, y de lo demás que aseguro y refiero en ——
este instrumento público yo, el Notario, CERTIFICO Y DOY FE.—

*[firmas]*

María Isabel Marqués

Juan Marquín Casanova

María Rosa Sabater